```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF DELAWARE
```

JASON MCLEAN and                :
BRIAN COLEMAN,                  :
                                :
        Plaintiffs,             :
                                :
    v.                          :   Civil Action No. 06-617-JJF
                                :
COMMUNICATIONS CONSTRUCTION     :
GROUP, LLC, BRAD DODSON,        :
JONATHAN GATES, and             :
MIKE FENDER,                    :
                                :
        Defendants.             :

## ORDER

WHEREAS, Defendant Communications Construction Group, LLC filed a Motion To Dismiss (D.I. 4);

WHEREAS, Plaintiffs' Answering Brief to the Motion To Dismiss was due November 7, 2006;

WHEREAS, to date, Plaintiffs have failed to file an Answering Brief to the Motion;

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiffs shall file an Answering Brief to the Motion **no later than Friday, November 17, 2006.** If Plaintiffs fail to file a response, the Court will decide the Motion on the papers submitted.

November 9, 2006

_____
UNITED STATES DISTRICT JUDGE