IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JASON MCLEAN and<br>BRIAN COLEMAN,<br><br>Plaintiffs,<br><br>v.<br><br>COMMUNICATIONS CONSTRUCTION<br>GROUP, LLC,<br><br>Defendant. | CIVIL ACTION NO. 06-617 (JJF)<br><br>JURY TRIAL OF TWELVE<br>DEMANDED |

## JOINT STIPULATION FOR PARTIAL DISMISSAL OF PLAINTIFFS' COMPLAINT WITH PREJUDICE

The parties to the above-captioned matter, by their attorneys, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(ii) as follows:

1. To dismiss with prejudice Plaintiffs' claim for Harassment and Discrimination on the basis of race in violation of Title VII and Delaware law (Count I) as to Brad Dodson, Jonathan Gates, and Mike Fender.

2. To dismiss with prejudice Plaintiffs' claim for Retaliation in violation of Title VII (Count II) as to Brad Dodson, Jonathan Gates, and Mike Fender.

3. To dismiss with prejudice Plaintiffs' claim for Discrimination in violation of the Equal Protection Clause of the Fourteenth Amendment (Count III) as to all Defendants.

4. To dismiss with prejudice Plaintiffs' claim for Breach of Implied Covenant of Good Faith and Fair Dealing (Count IV) as to all Defendants.

5. To dismiss with prejudice Plaintiffs' claim for Assault and Battery (Count V) as to all Defendants.

6. The parties agree that all claims against Brad Dodson, Jonathan Gates, and Mike Fender are hereby dismissed.

7. The parties further stipulate and agree that the caption in Plaintiffs' Complaint shall be amended to remove "Communications Construction Inc, Brad Dodson, Jonathan Gates, and Mike Fender" as the Defendant and to substitute in its place, "Communications Construction Group, LLC." The caption may be amended without the need for a formal motion to amend.

Respectfully submitted,

Ronald G. Poliquin
Young, Malmberg & Howard, P.A.
30 The Green
Dover, DE 19901
(302) 672-5600
Attorney for Plaintiffs

McCarter & English LLP
Citizens Bank Building
919 N. Market Street, 18th Floor
Wilmington, DE 19801
302.984.6301
302.984.2493 (fax)
mkelly@mccarter.com

Thomas Benjamin Huggett
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
215.963.5191
215.963.5001 (fax)
tbhuggett@morganlewis.com

Dated: January _____, 2007

Attorneys for Defendant
Communications Construction Group, LLC

SO ORDERED ON THIS __1__ DAY OF __February__, 2007.

_____
U.S.D.J.