## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JASON MCLEAN and BRIAN COLEMAN, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C. A. No. 06-617 (JJF) |
| | ) | |
| COMMUNICATIONS CONSTRUCTION | ) | |
| GROUP, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SERVICE

I, Andrew S. Dupre, hereby certify that a true and correct copy of Defendant's Initial

Disclosures were served by first class mail on the 12th day of February, 2007, upon the following

counsel of record:

> Ronald G. Poliquin, Esquire
> Young, Malmberg & Howard, P.A.
> 30 The Green
> Dover, DE  19901

> McCARTER & ENGLISH LLP

> /s/ Andrew S. Dupre
> Andrew S. Dupre  (DE Bar ID #4621)
> 919 N. Market Street, 18th Floor
> Wilmington, DE 19801
> (302) 984-6300

Dated: February 21, 2007          Attorney for Defendant

ME1 6188359v.1