IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JASON MCLEAN and BRIAN COLEMAN, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C. A. No. 06-617 (JJF) |
| | ) | |
| COMMUNICATIONS CONSTRUCTION GROUP, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

I, Andrew S. Dupre, hereby certify that a true and correct copy of Defendant's First Set of Requests for Production of Documents and Defendant's First Set of Interrogatories were served by first class mail on the 12th day of February, 2007, upon the following counsel of record:

> Ronald G. Poliquin, Esquire
> Young, Malmberg & Howard, P.A.
> 30 The Green
> Dover, DE 19901

McCARTER & ENGLISH LLP

/s/ Andrew S. Dupre
Andrew S. Dupre (DE Bar ID #4621)
919 N. Market Street, 18th Floor
Wilmington, DE 19801
(302) 984-6300

Dated: February 21, 2007            Attorney for Defendant

ME1 6188359v.1