IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JASON MCLEAN and<br>BRIAN COLEMAN,<br><br>    Plaintiffs,<br><br>v.<br><br>COMMUNICATIONS<br>CONSTRUCTION GROUP, LLC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Civ. No.: 06-617-SLR<br>)<br>) JURY TRIAL DEMANDED<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I certify that on this 29th day of March 2007, I caused to be served one (1) copy of the foregoing Rule 26(a)(1) Disclosure Requirements by the Plaintiffs on the following parties via United States Mail, postage prepaid:

Thomas Benjamin Huggett
Courtney A. Wirth
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103

Michael P. Kelly
Andrew S. Dupre
McCarter & English LLP
Citizens Bank Building
919 N. Market Street, 18th Floor
Wilmington, DE 19801

                **YOUNG, MALMBERG & HOWARD, P.A.**

                /s/ Ronald G. Poliquin
                Ronald G. Poliquin
                I.D. No. 4447
                30 The Green
                Dover, DE 19901
                (302) 672-5600
                *Attorney for Plaintiffs*