**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JASON MCLEAN and<br>BRIAN COLEMAN, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civ. No.: 06-617-SLR |
| | ) | |
| COMMUNICATIONS<br>CONSTRUCTION GROUP, LLC., | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I certify that on this 15th day of May 2007, I caused to be served one (1) copy of

the foregoing Plaintiff's Responses to Defendant's First Set of Requests for Production of

Documents on the following parties via United States Mail, postage prepaid:

Thomas Benjamin Huggett
Courtney A. Wirth
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103

Michael P. Kelly
Andrew S. Dupre
McCarter & English LLP
Citizens Bank Building
919 N. Market Street, 18th Floor
Wilmington, DE 19801

**YOUNG, MALMBERG & HOWARD, P.A.**


/s/ Ronald G. Poliquin
Ronald G. Poliquin
I.D. No. 4447
30 The Green
Dover, DE 19901
(302) 672-5600
*Attorney for Plaintiffs*