IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JASON MCLEAN and<br>BRIAN COLEMAN,<br><br>    Plaintiffs,<br><br>v.<br><br>COMMUNICATIONS<br>CONSTRUCTION GROUP, LLC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civ. No.: 06-617-SLR<br>)<br>)  JURY TRIAL DEMANDED<br>)<br>)<br>)<br>) |

### CERTIFICATE OF SERVICE

I certify that on this 15th day of May 2007, I caused to be served one (1) copy of the foregoing Plaintiff's Responses to Defendant's First Set of Interrogatories on the following parties via United States Mail, postage prepaid:

Thomas Benjamin Huggett
Courtney A. Wirth
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103

Michael P. Kelly
Andrew S. Dupre
McCarter & English LLP
Citizens Bank Building
919 N. Market Street, 18th Floor
Wilmington, DE 19801

                                                  **YOUNG, MALMBERG & HOWARD, P.A.**

                                                  /s/ Ronald G. Poliquin
                                                  Ronald G. Poliquin
                                                  I.D. No. 4447
                                                  30 The Green
                                                  Dover, DE 19901
                                                  (302) 672-5600
                                                  *Attorney for Plaintiffs*