IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JASON MCLEAN and<br>BRIAN COLEMAN, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | Civ. No.: 06-617-SLR |
| COMMUNICATIONS<br>CONSTRUCTION GROUP, LLC., | )<br>)<br>) | JURY TRIAL DEMANDED |
| Defendant. | )<br>) | |

### CERTIFICATE OF SERVICE

I certify that on this 2nd day of July 2007, I caused to be served one (1) copy of the foregoing Plaintiffs First Request for Admissions Directed to Defendant on the following parties via United States Mail, postage prepaid:

Thomas Benjamin Huggett
Courtney A. Wirth
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103

Michael P. Kelly
Andrew S. Dupre
McCarter & English LLP
Citizens Bank Building
919 N. Market Street, 18th Floor
Wilmington, DE 19801

**YOUNG, MALMBERG & HOWARD, P.A.**

/s/ Ronald G. Poliquin
Ronald G. Poliquin
I.D. No. 4447
30 The Green
Dover, DE 19901
(302) 672-5600
*Attorney for Plaintiffs*