IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JASON MCLEAN and BRIAN COLEMAN, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C. A. No. 06-617 (SLR) |
| | ) |
| COMMUNICATIONS CONSTRUCTION GROUP, LLC, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF SERVICE**

I, Daniel M. Silver, hereby certify that a true and correct copy of Defendant's Responses and Objections to Plaintiffs' First Set of Requests for Production of Documents and Defendant's Responses and Objections to Plaintiffs' First Set of Interrogatories were served by First-Class U.S. Mail on the 23rd day of July, 2007, upon the following counsel of record:

>Ronald G. Poliquin, Esquire
>Young, Malmberg & Howard, P.A.
>30 The Green
>Dover, DE  19901

>McCARTER & ENGLISH LLP

>/s/ Daniel M. Silver
>Daniel M. Silver  (DE Bar ID #4758)
>405 N. King Street
>Wilmington, DE 19801
>(302) 984-6300
>dsilver@mccarter.com

Dated: July 23, 2007                                    Attorney for Defendant

ME1 6599541v.1