IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JASON MCLEAN and BRIAN COLEMAN, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> COMMUNICATIONS CONSTRUCTION ) <br> GROUP, LLC, ) <br> ) <br> Defendant. ) | C. A. No. 06-617 (SLR) |

## NOTICE OF SERVICE

I, Daniel M. Silver, hereby certify that a true and correct copy of Defendant's Responses and Objections to Plaintiffs' First Set of Requests for Admissions were served by First-Class U.S. Mail on the 2nd day of August, 2007, upon the following counsel of record:

> Ronald G. Poliquin, Esquire
> Young, Malmberg & Howard, P.A.
> 30 The Green
> Dover, DE 19901

> McCARTER & ENGLISH LLP

> /s/ Daniel M. Silver
> Daniel M. Silver (DE Bar ID #4758)
> Renaissance Centre
> 405 North King Street
> Wilmington, DE 19801
> (302) 984-6300
> dsilver@mccarter.com

Dated: August 2, 2007                             Attorney for Defendant

ME1 6623165v.1