IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JASON MCLEAN and<br>BRIAN COLEMAN,<br><br>              Plaintiffs,<br><br>v.<br><br>COMMUNICATIONS CONSTRUCTION<br>GROUP, LLC,<br><br>              Defendant. | CIVIL ACTION NO. 06-617 (SLR) |

### NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, counsel for Defendant Communications Construction Group, LLC, will take the deposition of Plaintiff Jason McLean on September 13, 2007 beginning at 9:00 a.m. at the offices of Young, Malmberg & Howard, P.A., 30 The Green, Dover, DE 19901, before an officer duly authorized by law to administer oaths. This deposition shall be recorded stenographically, and will continue from day to day until completed.

McCarter & English, LLP

/s/ Daniel M. Silver
_____
Michael P. Kelly (DE Bar ID # 2295)
Daniel M. Silver (DE Bar ID # 4758)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801

and

Thomas Benjamin Huggett
Courtney A. Wirth
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA 19103

Dated: August 31, 2007                    Attorneys for Defendant

1-PH/2583939.2
ME1 6689491v.1

## CERTIFICATE OF SERVICE

I, Daniel M. Silver, hereby certify that a true and correct copy of the foregoing Notice of Deposition of Plaintiff Jason McLean and this Certificate of Service were served via CM/ECF and regular mail on this 31st day of August, 2007 on the following:

> Ronald G. Poliquin
> Young, Malmberg & Howard, P.A.
> 30 The Green
> Dover, DE 19901
>
> Attorney For Plaintiffs

> /s/ Daniel M. Silver
> _____
> Daniel M. Silver (DE Bar ID # 4758)