IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JASON MCLEAN and<br>BRIAN COLEMAN,<br><br>                 Plaintiffs,<br>v.<br><br>COMMUNICATIONS CONSTRUCTION<br>GROUP, LLC,<br><br>                 Defendant. | CIVIL ACTION NO. 06-617 (SLR) |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, counsel for Defendant Communications Construction Group, LLC, will take the deposition of Plaintiff Brian Coleman on September 13, 2007, beginning at 1:00 p.m. at the offices of Young, Malmberg & Howard, P.A., 30 The Green, Dover, DE 19901, before an officer duly authorized by law to administer oaths. This deposition shall be recorded stenographically, and will continue from day to day until completed.

                                                     McCarter & English, LLP

                                                     /s/ Daniel M. Silver

                                                     Michael P. Kelly (DE Bar ID # 2295)
                                                     Daniel M. Silver (DE Bar ID # 4758)
                                                     Renaissance Centre
                                                     405 N. King Street, 8th Floor
                                                     Wilmington, DE 19801

                                                     and

                                                     Thomas Benjamin Huggett
                                                     Courtney A. Wirth
                                                     Morgan, Lewis & Bockius, LLP
                                                     1701 Market Street
                                                     Philadelphia, PA  19103

Dated:  August 31, 2007                         Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I, Daniel M. Silver, hereby certify that a true and correct copy of the foregoing Notice of Deposition of Plaintiff Brian Coleman and this Certificate of Service were served via CM/ECF and regular mail on this 31st day of August, 2007 on the following:

> Ronald G. Poliquin
> Young, Malmberg & Howard, P.A.
> 30 The Green
> Dover, DE 19901
>
> Attorney For Plaintiffs

/s/ Daniel M. Silver
_____
Daniel M. Silver (DE Bar ID # 4758)