IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JASON MCLEAN and<br>BRIAN COLEMAN,<br><br>    Plaintiffs,<br><br>v.<br><br>COMMUNICATIONS<br>CONSTRUCTION GROUP, LLC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civ. No.: 06-617-SLR<br>)<br>)  JURY TRIAL DEMANDED<br>)<br>)<br>)<br>) |

## NOTICE OF DEPOSITION

TO:   Michael B. Kelly, Esquire
        Daniel M. Silver, Esquire
        McCarter & English, LLP
        Renaissance Centre
        405 N. King Street, 8th Floor
        Wilmington, DE 19801

        Thomas Benjamin Huggett, Esquire
        Courtney A. Wirth, Esquire
        Morgan, Lewis & Bockius, LLP
        1701 Market Street
        Philadelphia, PA 19103

      **PLEASE TAKE NOTICE** that counsel for the Plaintiffs will take the deposition of Mike Fender on September 19, 2007 at 9:00 a.m. at the law office of Young, Malmberg & Howard, P.A., located at 30 The Green in Dover, Delaware 19901.

                                        **YOUNG, MALMBERG & HOWARD, P.A.**

                                        /s/ Ronald G. Poliquin
                                        Ronald G. Poliquin, Esquire
                                        I.D. No. 4447
                                        30 The Green
                                        Dover, DE 19901
                                        (302) 672-5600
                                        *Attorney for Plaintiffs*

Dated: September 5, 2007
cc: Wilcox & Fetzer

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JASON MCLEAN and<br>BRIAN COLEMAN,<br><br>    Plaintiffs,<br><br>v.<br><br>COMMUNICATIONS<br>CONSTRUCTION GROUP, LLC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civ. No.: 06-617-SLR<br>)<br>)  JURY TRIAL DEMANDED<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I certify that on this 5th day of September 2007, I caused to be served one (1) copy of the foregoing Notice of Deposition on the following parties via United States Mail, postage prepaid:

Michael B. Kelly, Esquire
Daniel M. Silver, Esquire
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801

Thomas Benjamin Huggett, Esquire
Courtney A. Wirth, Esquire
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA 19103

                          YOUNG, MALMBERG & HOWARD, P.A.

                          /s/ Ronald G. Poliquin
                          Ronald G. Poliquin, Esquire
                          I.D. No. 4447
                          30 The Green
                          Dover, DE 19901
                          (302) 672-5600
                          *Attorney for Plaintiffs*