IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JASON MCLEAN and <br> BRIAN COLEMAN, <br><br> Plaintiffs, <br><br> v. <br><br> COMMUNICATIONS <br> CONSTRUCTION GROUP, LLC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civ. No.: 06-617-SLR <br> ) <br> ) JURY TRIAL DEMANDED <br> ) <br> ) <br> ) |

### NOTICE OF DEPOSITION

TO:  Michael B. Kelly, Esquire
Daniel M. Silver, Esquire
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801

Thomas Benjamin Huggett, Esquire
Courtney A. Wirth, Esquire
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA 19103

**PLEASE TAKE NOTICE** that counsel for the Plaintiffs will take the deposition of Lisa Clements on September 19, 2007 at 1:00 p.m. at the law office of Young, Malmberg & Howard, P.A., located at 30 The Green in Dover, Delaware 19901.

YOUNG, MALMBERG & HOWARD, P.A.


/s/ Ronald G. Poliquin
Ronald G. Poliquin, Esquire
I.D. No. 4447
30 The Green
Dover, DE 19901
(302) 672-5600
*Attorney for Plaintiffs*

Dated: September 5, 2007
cc: Wilcox & Fetzer

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JASON MCLEAN and<br>BRIAN COLEMAN,<br><br> Plaintiffs,<br><br>v.<br><br>COMMUNICATIONS<br>CONSTRUCTION GROUP, LLC.,<br><br> Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civ. No.: 06-617-SLR<br>)<br>) JURY TRIAL DEMANDED<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

I certify that on this 5th day of September 2007, I caused to be served one (1) copy of the foregoing Notice of Deposition on the following parties via United States Mail, postage prepaid:

Michael B. Kelly, Esquire
Daniel M. Silver, Esquire
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801

Thomas Benjamin Huggett, Esquire
Courtney A. Wirth, Esquire
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA 19103

      YOUNG, MALMBERG & HOWARD, P.A.


      /s/ Ronald G. Poliquin
      Ronald G. Poliquin, Esquire
      I.D. No. 4447
      30 The Green
      Dover, DE 19901
      (302) 672-5600
      *Attorney for Plaintiffs*