IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JASON MCLEAN and<br>BRIAN COLEMAN,<br><br>     Plaintiffs,<br><br>v.<br><br>COMMUNICATIONS CONSTRUCTION<br>GROUP, LLC,<br><br>     Defendant. | CIVIL ACTION NO. 06-617 (SLR) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Thomas Benjamin Huggett to represent Defendant Communications Construction Group, LLC, in this matter.

                McCARTER & ENGLISH, LLP

                /s/Daniel M. Silver
                Michael P. Kelly (DE Bar ID # 2295)
                Daniel M. Silver (DE Bar ID # 4758)
                Renaissance Centre
                405 N. King Street, 8th Floor
                Wilmington, DE  19801

                Attorneys for Defendant

Dated:  September 10, 2007

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Pennsylvania and New Jersey and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid _____ to the Clerk of the Court or, if not paid previously, the fee payment will be submitted to __X__ the Clerk's Office upon the filing of this motion.

Date: September 10, 2007

Thomas Benjamin Huggett
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA  19103
(215) 963-5000

1-PH/2583939.2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JASON MCLEAN and<br>BRIAN COLEMAN,<br><br>               Plaintiffs,<br>v.<br><br>COMMUNICATIONS CONSTRUCTION<br>GROUP, LLC,<br><br>               Defendant. | CIVIL ACTION NO. 06-617 (SLR) |

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* for Thomas Benjamin Huggett is GRANTED.

Date:_____  _____
                                                                      United States District Judge

**CERTIFICATE OF SERVICE**

I, Daniel M. Silver, hereby certify that a true and correct copy of the foregoing Motion and Order for Admission Pro Hac Vice of Thomas Benjamin Huggett was served via CM/ECF on this 10th day of September, 2007 on the following:

> Ronald G. Poliquin
> Young, Malmberg & Howard, P.A.
> 30 The Green
> Dover, DE 19901
>
> Attorney For Plaintiffs

> /s/Daniel M. Silver
> Daniel M. Silver (DE Bar ID # 4758)