### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JASON MCLEAN and<br>BRIAN COLEMAN, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civ. No.: 06-617-SLR |
| | ) | |
| COMMUNICATIONS<br>CONSTRUCTION GROUP, LLC., | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

### NOTICE OF DEPOSITION

**TO:**  Michael B. Kelly, Esquire
Daniel M. Silver, Esquire
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801

Thomas Benjamin Huggett, Esquire
Courtney A. Wirth, Esquire
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA 19103

**PLEASE TAKE NOTICE** that counsel for the Plaintiffs will take the deposition of

David Dodson on September 14, 2007 at 1:00 p.m. at the law office of Young, Malmberg &

Howard, P.A., located at 30 The Green in Dover, Delaware 19901.

**YOUNG, MALMBERG & HOWARD, P.A.**

/s/ Ronald G. Poliquin
Ronald G. Poliquin, Esquire
I.D. No. 4447
30 The Green
Dover, DE 19901
(302) 672-5600
*Attorney for Plaintiffs*

Dated:  September 12, 2007
cc:  Wilcox & Fetzer

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JASON MCLEAN and )
BRIAN COLEMAN, )
          )
     Plaintiffs, )
          )
v. )     Civ. No.: 06-617-SLR
          )
COMMUNICATIONS )     JURY TRIAL DEMANDED
CONSTRUCTION GROUP, LLC., )
          )
     Defendant. )

## CERTIFICATE OF SERVICE

I certify that on this 12th day of September 2007, I caused to be served one (1) copy of the

foregoing Notice of Deposition on the following parties via United States Mail, postage prepaid:

Michael B. Kelly, Esquire
Daniel M. Silver, Esquire
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801

Thomas Benjamin Huggett, Esquire
Courtney A. Wirth, Esquire
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA 19103

               **YOUNG, MALMBERG & HOWARD, P.A.**


               /s/ Ronald G. Poliquin
               Ronald G. Poliquin, Esquire
               I.D. No. 4447
               30 The Green
               Dover, DE 19901
               (302) 672-5600
               *Attorney for Plaintiffs*