IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JASON MCLEAN and<br>BRIAN COLEMAN,<br><br>    Plaintiffs,<br><br>v.<br><br>COMMUNICATIONS<br>CONSTRUCTION GROUP, LLC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civ. No.: 06-617-SLR<br>)<br>)  JURY TRIAL DEMANDED<br>)<br>)<br>)<br>) |

### RE-NOTICE OF DEPOSITION

TO:    Michael B. Kelly, Esquire
Daniel M. Silver, Esquire
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801

Thomas Benjamin Huggett, Esquire
Courtney A. Wirth, Esquire
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA 19103

**PLEASE TAKE NOTICE** that counsel for the Plaintiffs will take the deposition of Lisa Clements on September 19, 2007 at 1:00 p.m. at the law office of Morgan, Lewis & Bockius, LLP, located at 1701 Market Street in Philadelphia, PA 19103.

                                        **YOUNG, MALMBERG & HOWARD, P.A.**

                                        /s/ Ronald G. Poliquin
                                        Ronald G. Poliquin, Esquire
                                        I.D. No. 4447
                                        30 The Green
                                        Dover, DE 19901
                                        (302) 672-5600
                                        *Attorney for Plaintiffs*

Dated: September 12, 2007
cc: Wilcox & Fetzer

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JASON MCLEAN and<br>BRIAN COLEMAN,<br><br>    Plaintiffs,<br><br>v.<br><br>COMMUNICATIONS<br>CONSTRUCTION GROUP, LLC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civ. No.: 06-617-SLR<br>)<br>)   JURY TRIAL DEMANDED<br>)<br>)<br>) |

### CERTIFICATE OF SERVICE

I certify that on this 12th day of September 2007, I caused to be served one (1) copy of the foregoing Re-Notice of Deposition on the following parties via United States Mail, postage prepaid:

Michael B. Kelly, Esquire
Daniel M. Silver, Esquire
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801

Thomas Benjamin Huggett, Esquire
Courtney A. Wirth, Esquire
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA 19103

YOUNG, MALMBERG & HOWARD, P.A.

/s/ Ronald G. Poliquin
Ronald G. Poliquin, Esquire
I.D. No. 4447
30 The Green
Dover, DE 19901
(302) 672-5600
*Attorney for Plaintiffs*