IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JASON MCLEAN and<br>BRIAN COLEMAN,<br><br>    Plaintiffs,<br><br>v.<br><br>COMMUNICATIONS<br>CONSTRUCTION GROUP, LLC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civ. No.: 06-617-SLR<br><br>JURY TRIAL DEMANDED |

## RE-NOTICE OF DEPOSITION

TO:    Michael B. Kelly, Esquire
        Daniel M. Silver, Esquire
        McCarter & English, LLP
        Renaissance Centre
        405 N. King Street, 8th Floor
        Wilmington, DE 19801

        Thomas Benjamin Huggett, Esquire
        Courtney A. Wirth, Esquire
        Morgan, Lewis & Bockius, LLP
        1701 Market Street
        Philadelphia, PA 19103

    **PLEASE TAKE NOTICE** that counsel for the Plaintiffs will take the deposition of Mike Fender on September 19, 2007 at 9:00 a.m. at the law office of Morgan, Lewis & Bockius, LLP, located at 1701 Market Street in Philadelphia, PA 19103.

                                      **YOUNG, MALMBERG & HOWARD, P.A.**

                                      /s/ Ronald G. Poliquin
                                      Ronald G. Poliquin, Esquire
                                      I.D. No. 4447
                                      30 The Green
                                      Dover, DE 19901
                                      (302) 672-5600
                                      *Attorney for Plaintiffs*

Dated:  September 12, 2007
cc:  Wilcox & Fetzer

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JASON MCLEAN and <br> BRIAN COLEMAN, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | |
| v. | ) <br> ) | Civ. No.: 06-617-SLR |
| COMMUNICATIONS <br> CONSTRUCTION GROUP, LLC., | ) <br> ) <br> ) <br> ) | JURY TRIAL DEMANDED |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I certify that on this 12th day of September 2007, I caused to be served one (1) copy of the foregoing Re-Notice of Deposition on the following parties via United States Mail, postage prepaid:

Michael B. Kelly, Esquire
Daniel M. Silver, Esquire
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801

Thomas Benjamin Huggett, Esquire
Courtney A. Wirth, Esquire
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA 19103

YOUNG, MALMBERG & HOWARD, P.A.

/s/ Ronald G. Poliquin
Ronald G. Poliquin, Esquire
I.D. No. 4447
30 The Green
Dover, DE 19901
(302) 672-5600
*Attorney for Plaintiffs*