**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JASON MCLEAN and | ) | |
| BRIAN COLEMAN, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civ. No.: 06-617-SLR |
| | ) | |
| COMMUNICATIONS | ) | JURY TRIAL DEMANDED |
| CONSTRUCTION GROUP, LLC., | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiffs hereby move this Court pursuant to Rule 56 for an order entering partial summary judgment in its favor and against the Defendant, for the reasons set forth in its brief.

**YOUNG, MALMBERG & HOWARD, P.A.**

/s/ Ronald G. Poliquin
Ronald G. Poliquin, Esquire
I.D. No. 4447
30 The Green
Dover, DE 19901
(302) 672-5600
*Attorney for Plaintiffs*

DATED: November 28, 2007

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JASON MCLEAN and ) | |
| BRIAN COLEMAN, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. No.: 06-617-SLR |
| ) | |
| COMMUNICATIONS ) | JURY TRIAL DEMANDED |
| CONSTRUCTION GROUP, LLC., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

**IT IS SO ORDERED** this _____ day of _____, 2007

that the Plaintiff's Motion for Partial Summary Judgment is GRANTED and

JUDGMENT is entered in its favor and against the Defendant.

_____
JUDGE

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JASON MCLEAN and <br> BRIAN COLEMAN, <br><br> Plaintiffs, <br><br> v. <br><br> COMMUNICATIONS <br> CONSTRUCTION GROUP, LLC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civ. No.: 06-617-SLR <br> ) <br> ) JURY TRIAL DEMANDED <br> ) <br> ) <br> ) |

**CERTIFICATE OF SERVICE**

I certify that on this 28th day of November, 2007, I served electronically the attached Plaintiffs' Motion for Partial Summary Judgment on the following parties:

Michael B. Kelly, Esquire
Daniel M. Silver, Esquire
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801

Thomas Benjamin Huggett, Esquire
Courtney A. Wirth, Esquire
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA 19103

**YOUNG, MALMBERG & HOWARD, P.A.**

/s/ Ronald G. Poliquin
Ronald G. Poliquin, Esquire
I.D. No. 4447
30 The Green
Dover, DE 19901
(302) 672-5600
*Attorney for Plaintiffs*