IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JASON MCLEAN and<br>BRIAN COLEMAN,<br><br>     Plaintiffs,<br>v.<br><br>COMMUNICATIONS CONSTRUCTION<br>GROUP, LLC,<br><br>     Defendant. | CIVIL ACTION NO. 06-617 (SLR) |

**DEFENDANT COMMUNICATIONS CONSTRUCTION GROUP, LLC'S
MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant Communications Construction Group, LLC ("CCG") hereby moves for summary judgment with respect to the Complaint filed by Jason McLean and Brian Coleman in the above reference action. In support of this Motion, CCG relies upon the accompanying Memorandum of Law and exhibits contained herewith.

                Respectfully submitted,

                /s/ Daniel M. Silver
                Michael P. Kelly (DE Bar ID # 2295)
                Daniel M. Silver (DE Bar ID # 4758)
                McCarter & English LLP
                Renaissance Centre
                405 N. King St., 8th Floor
                Wilmington, DE 19801
                302.984.6301
                302.984.2493 (fax)
                mkelly@mccarter.com
                dsilver@mccarter.com

ME1 6947943v.1

Thomas Benjamin Huggett *(admitted pro hac vice)*
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
215.963.5191
215.963.5001 (fax)
tbhuggett@morganlewis.com

Dated: November 28, 2007

*Attorneys for Defendant*
*Communications Construction Group, LLC*

MEI 6947943v.1