IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JASON MCLEAN and ) | | |
| BRIAN COLEMAN, ) | | |
| ) | | |
| Plaintiffs, ) | | |
| ) | | |
| v. ) | Civ. No.: 06-617-SLR | |
| ) | | |
| COMMUNICATIONS ) | JURY TRIAL DEMANDED | |
| CONSTRUCTION GROUP, LLC., ) | | |
| ) | | |
| Defendant. ) | | |

## MOTION TO EXTEND DEADLINE FOR REPLY BRIEF

The Plaintiffs, Jason Mclean and Brian Coleman, through undersigned Counsel hereby request that the reply brief deadline for summary judgment motions be extended. In support of this Motion, Plaintiffs respectfully assert as follows:

1. Counsel for the Plaintiffs, Ronald G. Poliquin was taken to Kent General Hospital Emergency Room on the evening of December 3, 2007 for a severe tongue laceration. *Emergency Department Discharge Record attached hereto as Exhibit A.*

2. Due to the severity of the injury, counsel is expected to be out of the office for several days.

3. Counsel is being treated with pain medication and has been advised not to work or to drive. *See Exhibit A.*

4. The reply brief deadline is Thursday, December 6, 2007.

5. Counsel is requesting a fifteen (15) day extension to file Plaintiffs Reply Brief.

6. Counsel respectfully asks this Honorable Court to grant this extension due to the reasons set forth above.

                            **YOUNG, MALMBERG & HOWARD, P.A.**

                            /s/ Kenneth J. Young
                            Kenneth J. Young, Esquire
                            I.D. No. 2048
                            30 The Green
                            Dover, DE  19901
                            (302) 672-5600
                            *Attorneys for Plaintiffs*

DATED:  December 4, 2007

# EXHIBIT A




**Bayhealth Medical Center**

```
K07337-01154          00-2123959      QEK
POLIQUIN, RONALD
M DOB: 10/20/1977  30Y  (302)229-2430
                                  12/03/07
PHYSICIAN, EMERGENC
```

# EMERGENCY DEPARTMENT DISCHARGE RECORD

Kent General Hospital emergency personnel are specially trained to deal with emergencies. While we are here to help with your immediate health problems, the treatment you receive is not meant to take the place of the complete care your doctor will give you. We will advise your local family doctor what we have treated you for by sending him/her a copy of your Emergency Department Record. In most cases, we recommend that you see your family doctor for follow-up care. If you do not have a family doctor please tell us, and we will give you a list of names for you to choose from.

**SPECIAL INSTRUCTIONS:** *salt water rinses three times daily, soft diet for 24 hrs, brush teeth normally*

**MEDICATION INSTRUCTIONS:**
- [x] Fill prescriptions and take medications according to directions.
- [x] Do not drink alcohol or take sedatives with this medication.
- [x] Do not drive, operate machinery, or perform dangerous tasks while taking this medication.
- [ ] Take this medicine with food.
- [ ] _____

**FOLLOW-UP INSTRUCTIONS:**
- [ ] See your family doctor.
- [ ] Return to the Emergency Department.
- [x] See Dr. _DDS_
- [x] No work / school _while taking darvocet_
- [ ] Light duty _____
- [ ] May return to work / school _____
- [ ] Call for Occupational Health Appointment _____

- [ ] in 7-14 days  Call for appointment  302-674-46__
- [ ] on _____ at _____
- [ ] No gym / sports

**PHYSICIAN SIGNATURE:** _[signature]_  DDS

**I UNDERSTAND THAT:**
I should see my family doctor or return to the Emergency Department if I become worse or develop further problems.
If x-rays were taken, they will be read by a radiologist and I may be called for a recheck or further x-rays if necessary.
I am responsible for my follow-up care.
I have received the above instructions and they were explained to me by an emergency physician or nurse.

DATE: 12/3/07    TIME: 2:17

**INSTRUCTED BY:** _[signature]_
I have read and understand these instructions.
**RESPONSIBLE PARTY:** _[signature]_

Distribution:   WHITE – CHART   YELLOW – PATIENT
Form No: PX# 1185 REV 1/07        EMERGENCY        Page 1 of 1
*1ER*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JASON MCLEAN and  BRIAN COLEMAN, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civ. No.: 06-617-SLR |
| COMMUNICATIONS CONSTRUCTION GROUP, LLC., | ) ) ) ) | JURY TRIAL DEMANDED |
| Defendant. | ) | |

## **ORDER**

AND NOW, it is hereby ORDERED that the above Motion to Extend Deadline for Reply Brief is approved and Plaintiffs Reply Brief is due on December 19, 2007 and entered this _____ day of _____, 2007.

_____
Judge Sue L. Robinson

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JASON MCLEAN and ) | |
| BRIAN COLEMAN, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. No.: 06-617-SLR |
| ) | |
| COMMUNICATIONS ) | JURY TRIAL DEMANDED |
| CONSTRUCTION GROUP, LLC., ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATE OF MAILING**

I certify that on this 4th day of December 2007, I caused to be served one (1) copy of the foregoing Motion to Extend Deadline for Reply Brief on the following parties via United States Mail, postage prepaid:

Michael B. Kelly, Esquire
Daniel M. Silver, Esquire
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801

Thomas Benjamin Huggett, Esquire
Courtney A. Wirth, Esquire
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA 19103

**YOUNG, MALMBERG & HOWARD, P.A.**

/s/ Kenneth J. Young
Kenneth J. Young, Esquire
I.D. No. 2048
30 The Green
Dover, DE 19901
(302) 672-5600
*Attorneys for Plaintiffs*