IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JASON MCLEAN and | ) | |
| BRIAN COLEMAN, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civ. No.: 06-617-SLR |
| | ) | |
| COMMUNICATIONS | ) | JURY TRIAL DEMANDED |
| CONSTRUCTION GROUP, LLC., | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO WITHDRAW PLAINTIFFS' MOTION TO EXTEND REPLY BRIEF, DOCKET NO. 42

The Plaintiffs, Jason Mclean and Brian Coleman, through undersigned Counsel hereby request that Plaintiffs Motion to Extend Reply Brief, Docket No. 42 be withdrawn. In support of this Motion, Plaintiffs respectfully assert as follows:

1.  Counsel for Plaintiffs filed a Motion to Extend Reply Brief (Docket No. 42) on December 4, 2007 due to Counsel's illness.

2.  Counsel mistakenly believed that Plaintiffs' Answering/Response Brief to Defendants Motion for Summary Judgment and Memorandum in Support of its Motion for Summary Judgment was due on December 6, 2007.

3.  Counsel respectfully asks this Honorable Court to withdraw Plaintiffs Motion to Extend Reply Brief (Docket No. 42).

**YOUNG, MALMBERG & HOWARD, P.A.**

<u>/s/ Ronald G. Poliquin</u>
Ronald G. Poliquin, Esquire
I.D. No. 4447
30 The Green
Dover, DE  19901
(302) 672-5600
*Attorneys for Plaintiffs*

DATED:  December 6, 2007

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JASON MCLEAN and<br>BRIAN COLEMAN,<br><br>    Plaintiffs,<br><br>v.<br><br>COMMUNICATIONS<br>CONSTRUCTION GROUP, LLC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civ. No.: 06-617-SLR<br>)<br>)   JURY TRIAL DEMANDED<br>)<br>)<br>) |

## **ORDER**

AND NOW, it is hereby ORDERED that the above Motion to Withdraw Plaintiffs' Motion to Extend Reply Brief, Docket Number 42 is approved and entered this _____ day of _____, 2007.

_____
Judge Sue L. Robinson

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JASON MCLEAN and <br> BRIAN COLEMAN, <br><br> Plaintiffs, <br><br> v. <br><br> COMMUNICATIONS <br> CONSTRUCTION GROUP, LLC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civ. No.: 06-617-SLR <br> ) <br> ) JURY TRIAL DEMANDED <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATE OF MAILING

I certify that on this 6th day of December 2007, I served electronically the attached Motion to Withdraw Plaintiffs' Motion to Extend Reply Brief, Docket Number 42 on the following parties:

Michael B. Kelly, Esquire
Daniel M. Silver, Esquire
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801

Thomas Benjamin Huggett, Esquire
Courtney A. Wirth, Esquire
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA 19103

**YOUNG, MALMBERG & HOWARD, P.A.**

/s/ Ronald G. Poliquin
Ronald G. Poliquin, Esquire
I.D. No. 4447
30 The Green
Dover, DE 19901
(302) 672-5600
*Attorneys for Plaintiffs*