IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JASON MCLEAN and BRIAN COLEMAN, <br><br>   Plaintiffs, <br><br> v. <br><br> COMMUNICATIONS CONSTRUCTION GROUP, LLC, <br><br>   Defendant. | CIVIL ACTION NO. 06-617 (SLR) |

## DEFENDANT COMMUNICATIONS CONSTRUCTION GROUP, LLC'S MOTION IN LIMINE

As set forth in greater detail its accompanying Memorandum of Law, which is incorporated by reference herein, Defendant Communications Construction Group, LLC ("CCG"), through its attorneys, hereby moves this Court to preclude Plaintiffs Jason McLean and Brian Coleman (collectively "Plaintiffs") from introducing at trial:

1. The May 31, 2005 police report.

                                                Respectfully submitted,

                                                /s/ Daniel M. Silver
                                                Michael P. Kelly (DE Bar ID # 2295)
                                                Daniel M. Silver (DE Bar ID # 4758)
                                                McCarter & English LLP
                                                Renaissance Centre
                                                405 N. King St., 8th Floor
                                                Wilmington, DE  19801
                                                302.984.6301
                                                302.984.2493 (fax)
                                                mkelly@mccarter.com
                                                dsilver@mccarter.com

                Thomas Benjamin Huggett *(admitted pro hac vice)*
                Morgan, Lewis & Bockius LLP
                1701 Market Street
                Philadelphia, PA  19103-2921
                215.963.5191
                215.963.5001 (fax)
                tbhuggett@morganlewis.com

Dated:  February 25, 2008     Attorneys for Defendant
                Communications Construction Group, LLC

ME1 7163261v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JASON MCLEAN and<br>BRIAN COLEMAN,<br><br>    Plaintiffs,<br><br>v.<br><br>COMMUNICATIONS CONSTRUCTION<br>GROUP, LLC,<br><br>    Defendant. | CIVIL ACTION NO. 06-617 (SLR) |

**RULE 7.1.1 CERTIFICATION**

  Counsel for Defendant has conferred with counsel for Plaintiffs regarding the matters set forth in this motion and counsel for Plaintiffs has instructed counsel for Defendant that Plaintiffs' position is that the police report should not be excluded completely, but that Plaintiffs would agree to admission of the police report with a limiting instruction to the jury regarding what the police report could be used for.

           /s/ Daniel M. Silver
           Michael P. Kelly (DE Bar ID # 2295)
           Daniel M. Silver (DE Bar ID # 4758)
           McCarter & English LLP
           Renaissance Centre
           405 N. King St., 8th Floor
           Wilmington, DE  19801
           302.984.6301
           302.984.2493 (fax)
           mkelly@mccarter.com
           dsilver@mccarter.com

           Thomas Benjamin Huggett *(admitted pro hac vice)*
           Morgan, Lewis & Bockius LLP
           1701 Market Street
           Philadelphia, PA  19103-2921

|  |  |
|---|---|
| | 215.963.5191 |
| | 215.963.5001 (fax) |
| | tbhuggett@morganlewis.com |
| Dated:  February 25, 2008 | Attorneys for Defendant |
| | Communications Construction Group, LLC |

ME1 7163261v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JASON MCLEAN and<br>BRIAN COLEMAN,<br><br>             Plaintiffs,<br>v.<br><br>COMMUNICATIONS CONSTRUCTION<br>GROUP, LLC,<br><br>             Defendant. | CIVIL ACTION NO. 06-617 (SLR) |

## ORDER

Now, this _____ day of _____, 2008, having considered Defendant Communication Construction Group, LLC's Motion in Limine, its Memorandum of Law in Support thereof, and any opposition thereto, it is hereby **ORDERED** that Defendant's Motion is **GRANTED**.  It is further **ORDERED** that Plaintiffs may not introduce at the trial in this matter:

1. The May 31, 2005 police report.

SO ORDERED BY THE COURT:

_____
Robinson, U.S.D.J.

ME1 7163261v.1

**CERTIFICATE OF SERVICE**

I, Daniel M. Silver, hereby certify that a true and correct copy of the foregoing Defendant Communications Construction Group, LLC's Motion in Limine has been served via CM/ECF this 25th day of February, 2008 upon the following:

    Ronald G. Poliquin
    Young, Malmberg & Howard, P.A.
    30 The Green
    Dover, DE 19901
    (302) 672-5600
    Delaware Bar I.D. No. 4447

    Attorney for Plaintiffs

    /s/ Daniel M. Silver
    Daniel M. Silver (DE Bar ID # 4758)