IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JASON MCLEAN and<br>BRIAN COLEMAN,<br><br>    Plaintiffs,<br><br>v.<br><br>COMMUNICATIONS<br>CONSTRUCTION GROUP, LLC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civ. No.: 06-617-SLR<br><br>JURY TRIAL DEMANDED |

## ANSWER TO DEFENDANT COMMUNICATIONS CONSTRUCTION GROUP, LLC'S MOTION IN LIMINE

Plaintiffs moves this Court to deny Defendant's Motion in Limine to preclude the Plaintiffs from introducing the May 31st, 2005 police report.

**YOUNG, MALMBERG & HOWARD, P.A.**

/s/ Ronald G. Poliquin
Ronald G. Poliquin, Esquire
I.D. No. 4447
30 The Green
Dover, DE 19901
(302) 672-5600
*Attorney for Plaintiffs*

DATED: March 3, 2008