IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JASON MCLEAN and<br>BRIAN COLEMAN,<br><br>    Plaintiffs,<br><br>v.<br><br>COMMUNICATIONS CONSTRUCTION<br>GROUP, LLC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Civ. No. 06-617-SLR<br>)<br>)<br>)<br>)<br>) |

**O R D E R**

At Wilmington this 7th day of March, 2008, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Plaintiffs' motion for partial summary judgment (D.I. 38) is denied.

2. Defendant's motion for summary judgment (D.I. 40) is granted.

3. The Clerk is directed to enter judgment in favor of defendant and against plaintiffs.

 

*[signature]*
United States District Judge