IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JASON MCLEAN and<br>BRIAN COLEMAN,<br><br>    Plaintiffs,<br><br>v.<br><br>COMMUNICATIONS CONSTRUCTION<br>GROUP, LLC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Civ. No. 06-617-SLR<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL CASE

For reasons stated in the court's memorandum opinion and order of March 7, 2008;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendant Communications Construction Group, LLC. and against plaintiffs Jason McLean and Brian Coleman.

                                                                  _/s/_____
                                                                  United States District Judge

Dated: March 10, 2008

                                                              _Francesca Tascone_____
                                                                   (By) Deputy Clerk