IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JASON MCLEAN and BRIAN COLEMAN,<br><br>    Plaintiffs,<br><br>v.<br><br>COMMUNICATIONS CONSTRUCTION GROUP, LLC.,<br><br>    Defendant. | *<br>*<br>*<br>*<br>* C. A. 06-617 SLR<br>*<br>* JURY TRIAL DEMANDED<br>*<br>*<br>*<br>* |

### ENTRY OF APPEARANCE

I, Maggie Clausell, do hereby enter my appearance in the above captioned action on behalf on the Plaintiffs, Jason McLean and Brian Coleman.

LAW OFFICE OF MAGGIE CLAUSELL, LLC

/s/ Maggie Clausell

---

Maggie Clausell, Esq.
Bar ID #4532
9 E. Loockerman Street. Ste 205
Dover, DE 19901
302-678-7644
