IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JASON MCLEAN and
BRIAN COLEMAN,

    Plaintiffs,

v.

COMMUNICATIONS CONSTRUCTION
GROUP, LLC.,

    Defendant.

C. A. 06-617 SLR

JURY TRIAL DEMANDED

### PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that Jason McLean and Brian Coleman, Plaintiffs in the above captioned case, hereby appeal to the United States Court of Appeals for the Third Circuit from the Order granting Summary Judgment in favor of the Defendants in this matter entered on March 7, 2008.

LAW OFFICE OF MAGGIE CLAUSELL, LLC

/s/ Maggie Clausell

_____

Maggie Clausell, Esq.
Bar ID #4532
9 E. Loockerman Street. Ste 205
Dover, DE 19901
302-678-7644

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JASON MCLEAN and         *
BRIAN COLEMAN,           *
                         *
    Plaintiffs,          *
                         * C. A. 06-617 SLR
                         *
v.                       * JURY TRIAL DEMANDED
                         *
COMMUNICATIONS CONSTRUCTION *
GROUP, LLC.,             *
                         *
    Defendant.           *

### CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of April 2008, Plaintiffs' Notice of Appeal was forwarded to the below-listed counsel via Electronic Filing:

DANIEL SILVER
McCarter and English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801

LAW OFFICE OF MAGGIE CLAUSELL, LLC

/s/ Maggie Clausell
_____

Maggie Clausell, Esq.
Bar ID #4532
9 E. Loockerman Street. Ste 205
Dover, DE 19901
302-678-7644