IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JASON MCLEAN and<br>BRIAN COLEMAN,<br><br>    Plaintiffs,<br><br>v.<br><br>COMMUNICATIONS CONSTRUCTION<br>GROUP, LLC.,<br><br>    Defendant. | *<br>*<br>*<br>*  C. A. 06-617 SLR<br>*<br>*  JURY TRIAL DEMANDED<br>*<br>*<br>*<br>* |

### PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that Jason McLean and Brian Coleman, Plaintiffs in the above captioned case, hereby appeal to the United States Court of Appeals for the Third Circuit from the Order granting Summary Judgment in favor of the Defendants in this matter entered on March 7, 2008.

LAW OFFICE OF MAGGIE CLAUSELL, LLC

/s/ Maggie Clausell
_____

Maggie Clausell, Esq.
Bar ID #4532
9 E. Loockerman Street. Ste 205
Dover, DE 19901
302-678-7644

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JASON MCLEAN and<br>BRIAN COLEMAN,<br><br>    Plaintiffs,<br><br>v.<br><br>COMMUNICATIONS CONSTRUCTION<br>GROUP, LLC.,<br><br>    Defendant. | *<br>*<br>*<br>* C. A. 06-617 SLR<br>*<br>* JURY TRIAL DEMANDED<br>*<br>*<br>*<br>* |

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of April 2008, Plaintiffs' Notice of Appeal was forwarded to the below-listed counsel via Electronic Filing:

DANIEL SILVER
McCarter and English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801

                    LAW OFFICE OF MAGGIE CLAUSELL, LLC

                                  /s/ Maggie Clausell

                                  Maggie Clausell, Esq.
                                  Bar ID #4532
                                  9 E. Loockerman Street. Ste 205
                                  Dover, DE 19901
                                  302-678-7644