IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JASON MCLEAN and<br>BRIAN COLEMAN,<br><br>    Plaintiffs,<br><br>v.<br><br>COMMUNICATIONS CONSTRUCTION<br>GROUP, LLC.,<br><br>    Defendant. | *<br>*<br>*<br>*  C. A. 06-617 SLR<br>*<br>*  JURY TRIAL DEMANDED<br>*<br>*<br>*<br>* |

## AFFIDAVIT IN SUPPORT OF MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm penalty of perjury under United States laws that my answers on this form are true and correct.

SIGNED: _Brian Coleman_

SWORN AND SUBSCRIBED BEFORE ME ON THIS _2nd_ / _4_ DAY OF _2_ / _April 2008_.

Maggie Clausell
Attorney at Law
29 Del. C. § 4323(a)(3)
Notarial Officer  _[signature]_

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JASON MCLEAN and<br>BRIAN COLEMAN,<br><br>    Plaintiffs,<br><br>v.<br><br>COMMUNICATIONS CONSTRUCTION<br>GROUP, LLC.,<br><br>    Defendant. | *<br>*<br>*<br>*<br>* C. A. 06-617 SLR<br>*<br>* JURY TRIAL DEMANDED<br>*<br>*<br>*<br>* |

## MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

1.  Brian Coleman was a Plaintiff in the above captioned action.

2.  The Court issued an order granting Defendant's motion for summary judgment on March 7, 2008.

3.  Pursuant to Federal Rule of Appellate Procedure, Rule 24, Plaintiff now files a Motion for Permission to Appeal in forma pauperis.

4.  The primary issue on appeal is whether there were material facts in dispute such that the Judge's decision to grant Defendant's motion for summary judgment was in error.

5.  For the reasons outlined in the attached application, Plaintiff is unable to pay the fees for the appeal to the United States Court of Appeals for the 3rd Circuit.

Wherefore now, the Plaintiff petitions the Court to grant the Motion for Permission to Appeal in Forma Pauperis.

LAW OFFICE OF MAGGIE CLAUSELL, LLC,

*signature*

Maggie Clausell, Esq.
Bar ID 4532
9 E. Loockerman Street #205
Dover, DE 19901
*Attorney for Plaintiff*

DATE: April 1, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JASON MCLEAN and BRIAN COLEMAN,<br><br>Plaintiffs,<br><br>v.<br><br>COMMUNICATIONS CONSTRUCTION GROUP, LLC.,<br><br>Defendant. | *<br>*<br>*<br>*<br>* C. A. 06-617 SLR<br>*<br>* JURY TRIAL DEMANDED<br>*<br>*<br>*<br>* |

ORDER

AND NOW, it is hereby ORDERED that the above Motion for Permission to Appeal In Forma Pauperis is granted on this _____ day of _____ 2008.

_____
Judge

51                FEDERAL RULES OF APPELLATE PROCEDURE                Form 4

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| N/A | | |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) Are real-estate taxes included? ☐Yes ☐No Is property insurance included? ☐Yes ☐No | $ None | $ |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 50 | $ |
| Home maintenance (repairs and upkeep) | $ 0 | $ |
| Food | $ 250 | $ |
| Clothing | $ 50 | $ |
| Laundry and dry-cleaning | $ 5 | $ |
| Medical and dental expenses | $ 0 | $ |
| Transportation (not including motor vehicle payments) | $ 150 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ |
| Insurance (not deducted from wages or included in mortgage payments) | | |
| Homeowner's or renter's | $ 0 | $ |
| Life | $ 0 | $ |
| Health | $ 0 | $ |
| Motor Vehicle | $ 0 | $ |
| Other: | $ 0 | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ 0 | $ |
| Installment payments | $ 0 | $ |
| Motor Vehicle | $ 0 | $ |
| Credit card (name): | $ 0 | $ |
| Department store (name): | $ 0 | $ |
| Other: | $ 0 | $ |
| Alimony, maintenance, and support paid to others | $ 0 | $ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ 0 | $ |
| Other (specify): | $ 0 | $ |
| Total monthly expenses: | $ 550 | $ |

Form 4          FEDERAL RULES OF APPELLATE PROCEDURE                    52

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?
☐ Yes ☒ No    If yes, describe on an attached sheet.

10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form? ☒ Yes ☐ No
If yes, how much? $ 2,000.00
If yes, state the attorney's name, address, and telephone number:
Ronald G. Poliquin, Esq.
30 The Green    Dover, DE 19901
(302) 672-5600

11. Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?
☐ Yes ☒ No
If yes, how much? $
If yes, state the person's name, address, and telephone number:

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.
I am currently unemployed with no source of income.

13. State the address of your legal residence.
1526 Thicket Road
Camden, DE 19934
Your daytime phone number: (302) 284-8782
Your age: 35    Your years of schooling: 12
Your social-security number: 064-56-▓▓▓▓

(As amended Apr. 24, 1998, eff. Dec. 1, 1998.)

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ | $ 0 | $ |
| Self-employment | $ 3,200 | $ | $ 0 | $ |
| Income from real property (such as rental income) | $ 0 | $ | $ 0 | $ |
| Interest and dividends | $ 0 | $ | $ 0 | $ |
| Gifts | $ 0 | $ | $ 0 | $ |
| Alimony | $ 0 | $ | $ 0 | $ |
| Child support | $ 0 | $ | $ 0 | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ | $ 0 | $ |
| Disability (such as social security, insurance payments) | $ 0 | $ | $ 0 | $ |
| Unemployment payments | $ 0 | $ | $ 0 | $ |
| Public-assistance (such as welfare) | $ 0 | $ | $ 0 | $ |
| Other (specify): | $ 0 | $ | $ 0 | $ |
| Total monthly income: | $ 3,200 | $ | $ 0 | $ |

Form 4    FEDERAL RULES OF APPELLATE PROCEDURE    50

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Self Employed Wright Way Flagging | 1526 Thicket Rd. 173 Brenda Lane Camden, DE 19934 | 06/07 - 07/07 | $3,200.00 $700.00 |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | | | |

4. How much cash do you and your spouse have? $ 0
Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Wachovia | Ckg | $ 0 | $ |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home | (Value) | Other real estate | (Value) | Motor vehicle #1 | (Value) |
|---|---|---|---|---|---|
| | | | | Make & year: Lincoln 2002 | $9500 |
| | | | | Model: LS | |
| | | | | Registration #: 992301 | |

| Motor vehicle #2 | (Value) | Other assets | (Value) | Other assets | (Value) |
|---|---|---|---|---|---|
| Make & year: Ford 1995 | $3500 | | | | |
| Model: F-150 | | | | | |
| Registration #: N/A | | | | | |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | | |