IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JASON MCLEAN and<br>BRIAN COLEMAN,<br><br>    Plaintiffs,<br><br>v.<br><br>COMMUNICATIONS CONSTRUCTION<br>GROUP, LLC.,<br><br>    Defendant. | *<br>*<br>*<br>*<br>* C. A. 06-617 SLR<br>*<br>* JURY TRIAL DEMANDED<br>*<br>*<br>*<br>* |

## MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

1.  Jason McLean was a Plaintiff in the above captioned action.

2.  The Court issued an order granting Defendant's motion for summary judgment on March 7, 2008.

3.  Pursuant to Federal Rule of Appellate Procedure, Rule 24, Plaintiff now files a Motion for Permission to Appeal in forma pauperis.

4.  The primary issue on appeal is whether there were material facts in dispute such that the Judge's decision to grant Defendant's motion for summary judgment was in error.

5.  For the reasons outlined in the attached application, Plaintiff is unable to pay the fees for the appeal to the United States Court of Appeals for the 3rd Circuit.

Wherefore now, the Plaintiff petitions the Court to grant the Motion for Permission to Appeal in Forma Pauperis.

LAW OFFICE OF MAGGIE CLAUSELL, LLC,

*/s/ Maggie Clausell*

Maggie Clausell, Esq.
Bar ID 4532
9 E. Loockerman Street #205
Dover, DE 19901
*Attorney for Plaintiff*

DATE: April 1, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JASON MCLEAN and
BRIAN COLEMAN,

    Plaintiffs,

v.

COMMUNICATIONS CONSTRUCTION
GROUP, LLC.,

    Defendant.

\* C. A. 06-617 SLR

\* JURY TRIAL DEMANDED

### ORDER

AND NOW, it is hereby ORDERED that the above Motion for Permission to Appeal In Forma Pauperis is granted on this _____ day of _____ 2008.

_____
Judge

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| Mickayla Mclean | Daughter | 3 |
| | | |
| | | |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $600 | $N/A |
| Are real-estate taxes included? ☐Yes ☐No | | |
| Is property insurance included? ☐Yes ☐No | | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $300 | $0 |
| Home maintenance (repairs and upkeep) | $50 | $0 |
| Food | weekly $50 / 200 | $0 |
| Clothing | weekly $10 / 40 | $0 |
| Laundry and dry-cleaning | weekly $10 / 40 | $0 |
| Medical and dental expenses | weekly $87 / 348 | $0 |
| Transportation (not including motor vehicle payments) | weekly $20 / 80 | $0 |
| Recreation, entertainment, newspapers, magazines, etc. | $40 | $0 |
| Insurance (not deducted from wages or included in mortgage payments) | $0 | $0 |
| Homeowner's or renter's | $0 | $0 |
| Life | $0 | $0 |
| Health | $0 | $0 |
| Motor Vehicle | weekly $100 / 400 | $0 |
| Other: | $0 | $0 |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | ~~~~ 700 | $0 |
| Installment payments | $0 | $0 |
| Motor Vehicle | $0 | $0 |
| Credit card (name): City bank | weekly ~~$50~~ 10 / | $0 |
| Department store (name): | $0 | $0 |
| Other: | $0 | $0 |
| Alimony, maintenance, and support paid to others | weekly ~~$100~~ 400 / $20 | $0 |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $10 | $0 |
| Other (specify): | | $0 |
| Total monthly expenses: | ~~$2784~~ $3188 | $0 |

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Cablenet Services | 57 Pierhead blvd, Smyrna DE ste2 | 6·06 – present | $3000 |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

4. How much cash do you and your spouse have? $ 200

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| N/A | N/A | $ N/A | $ N/A |

If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home | (Value) | Other real estate | (Value) | Motor vehicle #1 | (Value) |
|---|---|---|---|---|---|
| N/A | | N/A | | Make & year: N/A | |
| | | | | Model: | |
| | | | | Registration #: | |

| Motor vehicle #2 | (Value) | Other assets | (Value) | Other assets | (Value) |
|---|---|---|---|---|---|
| Make & year: | | | | | |
| Model: | | | | | |
| Registration #: | | | | | |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | N/A | N/A |

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $3000 | $N/A | $3000 | $N/A |
| Self-employment | $0 | $N/A | $0 | $N/A |
| Income from real property (such as rental income) | $0 | $N/A | $0 | $N/A |
| Interest and dividends | $0 | $N/A | $0 | $N/A |
| Gifts | $0 | $N/A | $0 | $N/A |
| Alimony | $0 | $N/A | $0 | $N/A |
| Child support | $400 | $N/A | $400 | $N/A |
| Retirement (such as social security, pensions, annuities, insurance) | $0 | $N/A | $0 | $N/A |
| Disability (such as social security, insurance payments) | $0 | $N/A | $0 | $N/A |
| Unemployment payments | $0 | $N/A | $0 | $N/A |
| Public-assistance (such as welfare) | $0 | $N/A | $0 | $N/A |
| Other (specify): | $0 | $N/A | $0 | $N/A |
| Total monthly income: | $2600 | $N/A | $2600 | $N/A |

Form 4        FEDERAL RULES OF APPELLATE PROCEDURE                52

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?
   ☐ Yes ☑ No    If yes, describe on an attached sheet.

10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form? ☑ Yes ☐ No
    If yes, how much? $ 1000 plus
    If yes, state the attorney's name, address, and telephone number:
    Maggie Clausell Esq.
    9 East Lockerman Street Suite 205
    Dover DE 19901

11. Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form? ☑ Yes ☐ No
    If yes, how much? $ 2000
    If yes, state the person's name, address, and telephone number:
    Ronald G Poliquin Esq.
    30 The Green Dover DE
    19901 (302)6725600

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.
    I'm living paycheck to paycheck barley able to pay child support, and paying off a car.

13. State the address of your legal residence.
    1266 S. Farmview dr
    Dover DE 19901
    Your daytime phone number: (302) 423 4246
    Your age: 24    Your years of schooling: 13
    Your social-security number: 22268████

(As amended Apr. 24, 1998, eff. Dec. 1, 1998.)