OFFICE OF THE CLERK

MARCIA M. WALDRON

CLERK

UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



April 17, 2008

Peter T. Dalleo, Clerk
United States District Court
For the District of Delaware
J. Caleb Boggs Federal Building
Lockbox 18
844 King Street
Wilmington, DE 19801-3570

RE: McLean, et al v. Communications Construction Inc.
Case Number:   08-2025
District Case Number: 1-06-cv-00617

Dear Mr. Dalleo:

 Receipt is acknowledged on **04/07/08** of a duplicate notice of appeal received by this Court in the above-entitled case.

 A notice of appeal was filed on **behalf of Appellants Jason McLean and Brian Coleman 04/04/08** in the District Court and docketed in this Court at No. **08-2025**.

 Since this notice of appeal is duplicative of the appeal docketed at No. **08-2025**, a new docket number will not be given to your appeal. It will be placed in the file of No. **08-2025**.

Very truly yours,

*Marcia M. Waldron*
Marcia M. Waldron, Clerk

By: *Carolyn Hicks*
Carolyn Hicks, Case Manager     267-299-4926
cc: Maggie R. Clausell, Esq.
    Daniel M. Silver, Esq.
    Michael P. Kelley, Esq.