# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

08-2025

Jason McLean, et al v. Comm Construction Grp

1-06-cv-00617

# O R D E R

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*
Marcia M. Waldron, Clerk

**A True Copy:**
*Marcia M. Waldron*
Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.

DATED: September 5, 2008

Maggie R. Clausell
9 East Loockerman Street, Suite 205
Dover, DE 19901

Thomas B. Huggett
Morgan, Lewis & Bockius
1701 Market Street
Philadelphia, PA 19103-0000

Courtney A. Wirth
Morgan, Lewis & Bockius
1701 Market Street
Philadelphia, PA 19103-0000

OFFICE OF THE CLERK

**UNITED STATES COURT OF APPEALS**

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

MARCIA M. WALDRON
CLERK

TELEPHONE
215-597-2995

Clerk of District Court
( **District of Delaware**)

Date  **September 5, 2008**

  **McLean, et al vs. Comm Construction Grp**          Appeal No. 08-2025
     (Caption)

**Jason McLean & Brian Coleman,**
     **(Appellants)**

DC  Docket No.  1:06-cv-00617

Enclosures:

  **September 5, 2008**   Certified copy of C. of A. Order filed by the Court.

_____ Copy of this form to acknowledge receipt and return to C. of A.

**Carolyn Hicks**     **(267)-299-4926**
Deputy Clerk     Telephone Number

Receipt Acknowledge:

_____
 (Name)

_____
 (Date)

N:\recordrelease.wpd